| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dorothea L Holland** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–4267** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | | |
| Case number: **14–21572** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dorothea L Holland

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

May 1, 2019  **For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 14-21572-JSB
Dorothea L Holland                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez            Page 1 of 1         Date Rcvd: May 01, 2019
                              Form ID: 3180W           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db             +Dorothea L Holland,    1768 Linden Park Ln,    Aurora, IL 60504-5504
22431242        American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
22031080       +Comcast,    C/O Stellar Recovery INC,    4500 Salisbury Rd Ste 10,    Jacksonville,FL 32216-0959
22031075        U S DEPT OF ED/GSL/ATL,    Attn: Bankruptcy Dept.,    Po Box 4222,    Iowa City,IA 52244
22048462       +U.S. Bank National Association, as Trustee for Wel,     3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22031077        EDI: ECMC.COM May 02 2019 06:13:00     BANK OF America NA,    C/O ECMC,    1 Imation Pl,
                 Oakdale,MN 55128
22031082       +EDI: CAPONEAUTO.COM May 02 2019 06:13:00      Capital ONE AUTO Finan,    Attn: Bankruptcy Dept.,
                 3901 Dallas Pkwy,    Plano,TX 75093-7864
22046665       +EDI: AISACG.COM May 02 2019 06:13:00      Capital One Auto Finance,
                 c/o AIS Portfolio Services, LP,    f/k/a AIS Data Services,    d/b/a/ Ascension Capital Group,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
22031079       +E-mail/Text: bankruptcydepartment@tsico.com May 02 2019 03:03:54      Directv,    C/O NCO FIN/09,
                 507 Prudential Rd,    Horsham,PA 19044-2308
22031081        EDI: WFFC.COM May 02 2019 06:13:00     Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,
                 8480 Stagecoach Cir,    Frederick,MD 21701
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22031078*    ++++BANK OF AMERICA NA,    C/O ECMC,    1 HIGHPOINT DR,    OAKDALE MN  55128-7575
              (address filed with court:   BANK OF America  NA,    C/O ECMC,    1 Imation Pl,    Oakdale,MN 55128)
22031076*      U S DEPT OF ED/GSL/ATL,    Attn: Bankruptcy Dept.,    Po Box 4222,    Iowa City,IA 52244
22031083     ##+Hometown Homeowners Association,    C/O Foster Premier,    PO Box 66416,    Chicago,IL 60666-0359
                                                                                              TOTALS: 0, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
```
              Christopher J Stasko    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Securities Corporation Mortgage Loan Trust 2006-RF3 ND-Four@il.cslegal.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Joel P Fonferko    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Securities Corporation Mortgage Loan Trust 2006-RF3 ND-One@il.cslegal.com
              Kristin T Schindler    on behalf of Debtor 1 Dorothea L  Holland ndil@geracilaw.com
              Matthew  D Robinson    on behalf of Creditor    Hometown of Waterford Homeowners Association
               matt@mdrlawoffice.com, robinsonmr80198@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```